IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MODULUS SYSTEMS LLC, | § |
| *Plaintiff*, | § |
| v. | §  CIVIL CASE NO. 2:23-CV-00240-JRG |
| KAGA FEI CO., LTD., | § |
| *Defendant*. | § |

**ORDER**

Before the Court is the Notice of Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(i) (the "Notice") filed by Plaintiff Modulus Systems LLC ("Plaintiff"). (Dkt. No. 9.) In the Notice, the Plaintiff represents that it dismisses the above-captioned case against Defendant Kaga Fei Co., Ltd. ("Defendant") with prejudice, which has not appeared in this action. (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses.

The Clerk of the Court is directed to **CLOSE** the above-captioned case, as no claims or parties remain.

**So ORDERED and SIGNED this 6th day of October, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE